LOCATION−CUSTODY

# Eastern District of Washington
## U.S. District Court (Spokane)
## CRIMINAL DOCKET FOR CASE #: <u>2:21−mj−00190−JTR−1</u>

Case title: USA v. Larsen                          Date Filed: 04/05/2021

Other court case number:  CR 21−14−M−DLC District of
                          Montana, Missoula Division

Assigned to: Magistrate Judge John
T. Rodgers

**<u>Defendant (1)</u>**

**Leif Peter Larsen**                 represented by   **Federal Public Defender − SPO**
                                                       Spokane Office
                                                       North 10 Post
                                                       Suite 700
                                                       Spokane, WA 99201
                                                       509−624−7606
                                                       Fax: 509−747−3539
                                                       Email: <u>andrea_george@fd.org</u>
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: Public Defender or Community*
                                                       *Defender Appointment*

**<u>Pending Counts</u>**                            **<u>Disposition</u>**

None

**<u>Highest Offense Level (Opening)</u>**

None

**<u>Terminated Counts</u>**                         **<u>Disposition</u>**

None

**<u>Highest Offense Level</u>**
**<u>(Terminated)</u>**

None

**<u>Complaints</u>**                                **<u>Disposition</u>**

Ct. 1, 18 USC 371: CONSPIRACY;
Ct. 2, 18 USC 2314 and 2:
INTERSTATE

1

TRANSPORTATION OF STOLEN
PROPERTY; Cts. 5 and 7, 18 USC
2312 and 2: INTERSTATE
TRANSPORTATION OF STOLEN
VEHICLES; Ct. 10, 18 USC 922(i)
and 2: INTERSTATE
TRANSPORTATION OF STOLEN
FIREARMS

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **James A Goeke** |
| | | United States Attorney's Office |
| | | P.O. Box 1494 |
| | | Spokane, WA 99210−1494 |
| | | 509−353−2767 |
| | | Fax: 509−835−6397 |
| | | Email: James.Goeke@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant US Attorney* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/05/2021 | 1 | | RULE 5 DOCUMENTS RECEIVED from District of Montana, Missoula Division as to Leif Peter Larsen (1). (Attachments: # 1 Indictment)(MO, Courtroom Deputy) (Additional attachment(s) added on 4/5/2021: # 2 Arrest Warrant) (MO, Courtroom Deputy). (Entered: 04/05/2021) |
| 04/05/2021 | 2 | | NOTICE OF HEARING − By Court as to Leif Peter Larsen (1). Text entry; no PDF attached. **Hearing content provided via videoconference or teleconference dial−in access MUST NOT be recorded or rebroadcast.** Initial Appearance − Rule 5 set for **4/6/2021** at **2:00 PM** by Video Conference before Magistrate Judge John T. Rodgers. Due to the Court's General Order 2021−5, limiting public access to the courthouse, members of the public and press may listen to the proceedings by using the following conference call line, 888−363−4749, access code 6822266#. NO RECORDING OR REBROADCASTING IS PERMITTED and parties on the line MUST MUTE THEIR PHONES.(MO, Courtroom Deputy) (Entered: 04/05/2021) |
| 04/05/2021 | 3 | | MOTION for Detention by USA as to Leif Peter Larsen (1). (Goeke, James) (Entered: 04/05/2021) |
| 04/06/2021 | 5 | | ORDER APPOINTING FEDERAL DEFENDER as to Leif Peter Larsen (1). On the basis of the sworn financial statement, the court finds Defendant is financially unable to retain counsel. IT IS ORDERED the Federal Defenders of Eastern Washington are appointed to represent Defendant pursuant to Title 18 United States Code Sec. 3006A. − Text entry; no PDF document will issue. This text−only entry constitutes the court order on the matter. Signed by Magistrate Judge John T. Rodgers. (JC, Judicial Assistant) (Entered: 04/06/2021) |
| 04/06/2021 | 6 | | ACKNOWLEDGMENT OF NOTICE OF RIGHTS by Leif Peter Larsen (1). |

| | | (PH, Case Administrator) (Entered: 04/06/2021) |
|---|---|---|
| 04/06/2021 | 7 | Minute Entry for VIDEO CONFERENCE proceedings held before Magistrate Judge John T. Rodgers: Initial Appearance in Rule 5 Proceedings as to Leif Peter Larsen (1) held on 4/6/2021. (Reported/Recorded by: Digital Recording/S−740. Contact Court_Reporters@waed.uscourts.gov to order.) (MO, Courtroom Deputy) (Entered: 04/06/2021) |
| 04/06/2021 | 9 | ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS by Leif Peter Larsen (1). (PH, Case Administrator) (Entered: 04/06/2021) |
| 04/06/2021 | 10 | WAIVER of Rule 5 Hearings by Leif Peter Larsen (1). (PH, Case Administrator) (Entered: 04/06/2021) |
| 04/06/2021 | 11 | ORDER FOLLOWING INITIAL APPEARANCE ON INDICTMENT AND ORDER OF REMOVAL PURSUANT TO FED R. CRIM. P. 5 granting ECF No. 3 Motion for Detention as to Leif Peter Larsen (1). ***USM ACTION REQUIRED***. Signed by Magistrate Judge John T. Rodgers. (PH, Case Administrator) (Entered: 04/06/2021) |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 05, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,       )
                                )
                    Plaintiff,  )
                                )      No.  2:21-MJ-0190-JTR
        vs.                     )
                                )
LEIF PETER LARSEN,              )
                                )
                    Defendant.  )
_____ )

        Received Rule 5 papers from the United States District Court,

District of Montana, Missoula Division (Case No. CR 21-14-M-DLC).

4

FILED

3/25/2021

Clerk, U.S. District Court
District of Montana
Missoula Division

**JENNIFER CLARK**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 8329**
**Missoula, MT 59807**
**105 E. Pine, 2nd Floor**
**Missoula, MT 59802**
**Phone: (406) 542-8851**
**Fax: (406) 542-1476**
**E-mail: Jennifer.Clark2@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**DANIEL FORREST HASLAGE,**<br>**LEIF PETER LARSEN,**<br>**SHANE BRYAN JOHNSON, and**<br>**KEVIN JOHN AUDETT,**<br><br>**Defendants.** | **CR 21-14-M-DLC**<br><br>**INDICTMENT**<br><br>**CONSPIRACY**<br>**Title 18 U.S.C. § 371**<br>**(Count I)**<br>**(Penalty: Five years imprisonment,**<br>**$250,000 fine, and three years of supervised**<br>**release)**<br><br>**INTERSTATE TRANSPORTATION OF**<br>**STOLEN PROPERTY**<br>**Title 18 U.S.C. §§ 2314 and 2**<br>**(Count II)**<br>**(Penalty: Ten years imprisonment,**<br>**$250,000 fine, and three years of supervised**<br>**release)** |

|  | **INTERSTATE TRANSPORTATION OF STOLEN VEHICLES**<br>**Title 18 U.S.C. §§ 2312 and 2**<br>**(Counts III-IX)**<br>**(Penalty: Ten years imprisonment,**<br>**$250,000 fine, and three years of supervised release)**<br><br>**INTERSTATE TRANSPORTATION OF STOLEN FIREARMS**<br>**Title 18 U.S.C. §§ 922(i) and 2**<br>**(Count X)**<br>**(Penalty:  Ten years imprisonment,**<br>**$250,000 fine, and three years of supervised release)** |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

## THE CONSPIRACY

Beginning in or about May 2020, and continuing until in or about July 2020, in Flathead County, in the State and District of Montana, and elsewhere, the defendants, DANIEL FORREST HASLAGE, LEIF PETER LARSEN, SHANE BRYAN JOHNSON, and KEVIN JOHN AUDETT, and other persons known and unknown to the Grand Jury, did knowingly conspire, confederate and agree with each other to commit offenses against the United States of America, to wit 18 U.S.C. §§ 2312 and 2314, interstate transportation of stolen motor vehicles and other property.

2

## OBJECT OF THE CONSPIRACY

The primary object of the conspiracy was to traffic in stolen motor vehicles and property. To accomplish this objective, the defendants traveled in interstate commerce to steal motor vehicles and property. The overall activity involved the theft of approximately $357,345.00 worth of motor vehicles and the theft of other property worth approximately $21,000.00.

## OVERT ACTS

In furtherance of the conspiracy and to effect the object thereof, the defendants performed or caused to be performed the following overt acts, among others in the District of Montana and elsewhere:

The allegations contained in counts II through IX of this indictment are alleged and incorporated as though fully set forth herein as separate overt acts.

The conspiracy set forth herein and the above described overt acts all being in violation of 18 U.S.C. § 371.

## COUNT II

On or about May 3-6, 2020, at Kalispell, in Flathead County, in the State and District of Montana, and elsewhere, the defendants, DANIEL FORREST HASLAGE, KEVIN JOHN AUDETT, and LEIF PETER LARSEN, did unlawfully transport and cause to be transported in interstate commerce, from the State of Montana to the State of Washington, stolen goods, that is a 2015 Prowler 27PBHS

3

camper trailer, a 1978 Nomanco camp trailer VIN 7064018L, and a Skylark 90

Camper Shell, with a total value of $5,000 or more, knowing the same to have been

stolen, in violation of 18 U.S.C. §§ 2314 and 2.

## COUNT III

That on or about May 6, 2020, at Kalispell, in Flathead County, in the State

and District of Montana, and elsewhere, the defendant.s, DANIEL FORREST

HASLAGE, did unlawfully transport in interstate commerce, from the State of

Montana to State of Washington, a stolen motor vehicle, that is, a 2002 Chevy

Duramax 3500 pickup, VIN 1GBJK39612F227217, knowing the same to be stolen,

in violation of 18 U.S.C. §§ 2312 and 2.

## COUNT IV

That on or about May 6-12, 2020, at Kalispell, in Flathead County, in the

State and District of Montana, and elsewhere, the defendants, DANIEL FORREST

HASLAGE and KEVIN JOHN AUDETT, did unlawfully transport in interstate

commerce, from the State of Montana to State of Washington, a stolen motor

vehicle, that is, a 2007 Chevy Duramax Silverado pickup, VIN

1GCHK23U87F198051, knowing the same to be stolen, in violation of 18 U.S.C.

§§ 2312 and 2.

4

COUNT V

That on or about May 18, 2020, at Kalispell, in Flathead County, in the State

and District of Montana, and elsewhere, the defendants, DANIEL FORREST

HASLAGE, KEVIN JOHN AUDETT, and LEIF PETER LARSEN, did unlawfully

transport in interstate commerce, from the State of Montana to State of Washington,

stolen motor vehicles, that is, a 2004 Dodge 3500 Flatbed pickup, VIN

3D7MU48C94G134234, and a 2007 Dodge 3500 pickup, VIN

3DMX48C57G710459, knowing the same to be stolen, in violation of 18 U.S.C.

§§ 2312 and 2.

COUNT VI

That on or about May 20, 2020, at Kalispell, in Flathead County, in the State

and District of Montana, and elsewhere, the defendants, DANIEL FORREST

HASLAGE, did unlawfully transport in interstate commerce, from the State of

Montana to State of Washington, a stolen motor vehicle, that is, a 2015 Chevy

Camaro, VIN 2G1F21EE2F9700331, knowing the same to be stolen, in violation of

18 U.S.C. §§ 2312 and 2.

COUNT VII

That on or about June 13, 2020, in Mineral County and Sanders County, in

the State and District of Montana, and elsewhere, the defendants, DANIEL

FORREST HASLAGE and LEIF PETER LARSEN, did unlawfully transport in

interstate commerce, from the State of Idaho to State of Montana, stolen motor

vehicles, that is, a 1969 Dodge Charger, VIN XP29G9G112890, and a 1970 Dodge

Coronet, VIN WM23NOE139643, knowing the same to be stolen, in violation of 18

U.S.C. §§ 2312 and 2.

## COUNT VIII

That on or about June 26, 2020, at Kalispell, in Flathead County, in the State

and District of Montana, and elsewhere, the defendants, DANIEL FORREST

HASLAGE, did unlawfully transport in interstate commerce, from the State of

Montana to State of Washington, a stolen motor vehicle, that is, a 2008 Chevy

Silverado flatbed truck, VIN 1GCHC29KX8E161643, knowing the same to be

stolen, in violation of 18 U.S.C. §§ 2312 and 2.

## COUNT IX

That on or about July 10, 2020, at Kalispell, in Flathead County, in the State

and District of Montana, and elsewhere, the defendants, DANIEL FORREST

HASLAGE, and SHANE BRYAN JOHNSON, did unlawfully transport in

interstate commerce, from the State of Montana to State of Washington, stolen

motor vehicles, that is, a 2016 Dodge Challenger, VIN 2C3CDZE12GH332005,

and a 2018 Dodge Ram 1500 Rebel pickup, VIN 1C6RR7YT0JS197687, knowing

the same to be stolen, in violation of 18 U.S.C. §§ 2312 and 2.

6

COUNT X

That on or about and between May 3, 2020, and June 13, 2020, at Kalispell,

in Flathead County, and in Mineral County and Sanders County, in the State and

District of Montana, and elsewhere, the defendants, DANIEL FORREST

HASLAGE and LEIF PETER LARSEN, knowingly transported stolen firearms in

interstate commerce, from the State of Montana to the State of Idaho, knowing and

having reasonable cause to know the firearms were stolen, in violation of 18 U.S.C.

§§ 922(i) & 2.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
LEIF M. JOHNSON
Acting United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Summons: _____
Warrant:    ✓
(MJ 21-11-M-KLD - Haslage)

7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

RECEIVED

2021 MAR 26 AM 10: 03

US MARSHALS SERVICE
MISSOULA, MT

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LEIF PETER LARSEN,

Defendant.

CR 21-14-M-DLC-02

**WARRANT FOR ARREST**

TO:  UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest LEIF PETER LARSEN and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the Indictment charging him with Conspiracy in violation of Title 18 United States Code, Section 371; Interstate Transportation of Stolen Property in violation of Title 18 United States Code, Sections 2314 and 2; Interstate Transportation of Stolen Vehicles in violation of Title 18 United States Code, Sections 2312 and 2; and Interstate Transportation of Stolen Firearms in violation of Title 18 United States Codes 922(i) and 2.

Assigned to: AUSA Jennifer Clark

*Nicole Stephens*
Nicole Stephens, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE KATHLEEN L. DESOTO
Missoula, Montana

Date of Issue: 25th day of March, 2021

| *R E T U R N* | |
|---|---|
| **DATE RECEIVED:**                     LOCATION: | |
| **EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT** | |
| **DATE OF ARREST:** | *Rod Ostermiller* |
| **LOCATION:** | **UNITED STATES MARSHAL** |
| **BY:**                     **Deputy U.S. Marshal** | |

1  Joseph H. Harrington
2  Acting United States Attorney
   Eastern District of Washington
3  James A. Goeke
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone:  (509) 353-2767

7              UNITED STATES DISTRICT COURT
8         FOR THE EASTERN DISTRICT OF WASHINGTON

9  UNITED STATES OF AMERICA,

10                 Plaintiff,

11                                          Case No.: 2:21-mj-00190-JTR
12            v.
                                            Motion for Detention
13 LEIF PETER LARSEN,

14                 Defendant.
15

16

17        The United States moves for pretrial detention of Defendant, pursuant to 18

18 U.S.C. § 3142(e) and (f).

19

20        1.    Eligibility of Case.  This case is eligible for a detention order because

21 the case involves (check one or more):

22        ☐     Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which
23

24 includes any felony under Chapter 77, 109A, 110 and 117);

25        ☐     Maximum penalty of life imprisonment or death;
26

27        ☐     Drug offense with maximum penalty of 10 years or more;

28

Motion for Detention- 1

13

☐     Felony, with two prior convictions in above categories;

☐     Felony that involves a minor victim or that involves the possession or use of a firearm or destructive device as those terms are defined in 18 U.S.C. § 921, or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

☒     Serious risk Defendant will flee; or

☐     Serious risk obstruction of justice.

2.     <u>Reason for Detention</u>.  The Court should detain Defendant because there is no condition or combination of conditions which will reasonably assure (check one or both):

☒     Defendant's appearance as required; or

☒     Safety of any other person and the community.

3.     <u>Rebuttable Presumption</u>.  The United States will not invoke the rebuttable presumption against Defendant under 18 U.S.C. § 3142(e).  The presumption applies because there is probable cause to believe Defendant committed:

☐     Drug offense with maximum penalty of 10 years or more;

☐     An offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;

Motion for Detention- 2

☐     An offense under 18 U.S.C. §§ 2332b (g)(5)(B) for which a maximum

term of imprisonment of 10 years or more is prescribed;

☐     An offense under chapter 77 of Title 18, United States Code, for

which a maximum term of imprisonment of 20 years or more is prescribed;

☐     An offense involving a minor victim under 18 U.S.C. §§ 1201, 1591,

2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3),

2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or

2425;

☐     Other Circumstance as defined in 18 U.S.C. § 3142(e)(2).

4.     <u>Time for Detention Hearing</u>. The United States requests the Court

conduct the detention hearing:

☐     At the first appearance, or

☒     After a continuance of three days.

5.     Other Matters.

      Dated: April 5, 2021.

                                  Joseph H. Harrington
                                  Acting United States Attorney

                                  <u>s/ James A. Goeke</u>
                                  James A. Goeke
                                  Assistant United States Attorney

Motion for Detention- 3

# CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2021, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification

of such filing to the following:

Federal Defenders

s/ James A. Goeke
James A. Goeke
Assistant United States Attorney

Motion for Detention- 4

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES DISTRICT COURT

Apr 06, 2021

EASTERN DISTRICT OF WASHINGTON

SEAN F. McAVOY, CLERK

UNITED STATES OF AMERICA,

                 Plaintiff,

vs.

  Leif Peter Larsen

               Defendant.

No. 2:21-mj-190-JTR

ACKNOWLEDGMENT OF NOTICE
OF RIGHTS - FED.R.CRIM.P. 5
(Complaint or Indictment)

The undersigned defendant does hereby acknowledge: I appeared on this date and was advised as follows:

1. Of the charge or charges placed against me, and I acknowledge receipt of a copy of the:

    ☐ Complaint
    ☑ Indictment

which specifically sets forth the allegations;

2. That I have been advised of the maximum penalty provided by law;

3. My right to remain silent at all times and if I make a statement it can be used against me;

4. My right to retain my own counsel; and if I am without funds, to have counsel appointed to represent me in this district and the requesting district;

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 1

5. My right to a preliminary examination hearing, if charged by Complaint, before a United States Magistrate Judge and to have counsel present at that hearing, or waive this hearing in writing;

6. My right to a jury trial before a United States District Judge, to be confronted by the United States' witnesses, and have witnesses attend on my behalf;

7. My right to state in writing a wish to plead guilty or nolo contendre, to waive trial in the district in which the Indictment is pending, and to consent to disposition of this case in this district, *subject* to the approval of the United States Attorney for the charging district and this district;

8. My right to an identity hearing to ascertain if I am the person named in the charging document or to waive this hearing in writing;

9. My right to a detention hearing within three business days, if the United States moves for detention, and to be represented by counsel at that hearing;

10. My right, if I am not a United States citizen, to request a Government attorney or law enforcement official notify my country's consulate of my arrest or detention.

_____    Date: __4/6/21_____

Interpreter Signature

```
/s/ Leif P. Larsen
```

_____    _____

Interpreter Printed Name    Defendant Signature

```
I certify I have reviewed this document with Mr. Larsen
and he consented to my signature electronically on his
behalf. Printed Attorney Name: J. Stephen Roberts Jr.
Attorney Signature: /s/ J. Stephen Roberts, Jr.
Date: April 6, 2021
```

Leif Peter Larsen
_____

Defendant Printed Name

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 2

# United States District Court, Eastern District of Washington
## Magistrate Judge John T. Rodgers
## Spokane

**USA v.  LEIF PETER LARSEN**          **Case No.    2:21-MJ-0190-JTR-1**

Spokane Video Conference
The Defendant consented to appear via video conference.

## Rule 5 Initial Appearance on Indictment:                     04/06/2021

☒  Melissa Orosco, Courtroom Deputy          ☒  James Goeke, US Atty (VTC)
☒  Patrick J. Dennis, US Probation / Pretrial    ☒  Steve Roberts, Defense Atty (VTC)
    Services Officer (Telephonic)
☒  Defendant present in custody USM            ☒  Interpreter **NOT REQUIRED**
    (VTC/SCJ)

---

☒  USA Motion for Detention                     ☒  Rights given
☐  USA not seeking detention                    ☒  Acknowledgement of Rights filed
☒  Financial Affidavit (CJA 23) filed            ☒  Defendant received copy of Indictment
☒  The Court will appoint the Federal Defenders  ☒  Defendant waived reading of Indictment
☐  Based upon conflict with Federal Defenders, the ☐  Indictment read in open court
    Court will appoint a CJA Panel Attorney
☐  Conditions of Release Imposed                 ☐  Pre-Trial Services Report ordered
☐  199C Advice of Penalties/Sanctions            ☒  Waiver of Rule 5 Hearings filed

☐  Ordered Release on Personal Recognizance;     ☒  Court Ordered Removal to Charging District
    199C Not Required

## <u>REMARKS</u>

    Defendant appeared, in custody, with counsel.  All parties appeared by video conference/ telephonic due to COVID-19 precautions.
    The Defendant acknowledged to the Court that his true and correct name is: LEIF PETER LARSEN.
    Defendant was advised of his rights and the allegations contained in the Indictment from the District of Montana, Missoula Division.
    Based on information contained in the Financial Affidavit, the Court appointed the Federal Defenders to represent Defendant while in this district.

    Government has filed a motion for detention.
    Defendant waived all further hearings in this district but reserved the right to revisit issues in Montana.

---

**The Court ordered:**

1. Government's motion for detention **granted.**
2. REMOVAL of Defendant to the charging district.
3. Defendant shall be detained by the U. S. Marshal until further order of the Court.

| | |
|---|---|
| **Identity Hrg:** | *Waived by Defendant* |
| **Detention Hrg:** | *Waived by Defendant*; USA's Motion for Detention is **granted**. |
| **Preliminary Hrg:** | *Does Not Apply* |
| **Appearance Date in Charging District (Subject to Release):** | *Does Not Apply as Defendant detained and will be transported to Montana by USM* |
| **Rule 5 Removal Hrg (Subject to Release):** | *Does Not Apply* |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

Apr 06, 2021

SEAN F. McAVOY, CLERK

United States of America,

          Plaintiff,

   v.

Leif Peter Larsen
_____ ,

        Defendant.

Case No.: 2:21-mj-190-JTR

Defendant's Assertion of Fifth and
Sixth Amendment Rights

      I, the above-named defendant, hereby assert my rights under the Fifth and Sixth Amendments of the United States Constitution, including but not limited to my rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not wish to have, nor do I consent to, any contact with any government official, including but not limited to law enforcement agents, except through my counsel. I do not want the government or others acting on the government's behalf to question me, or to contact me seeking a waiver of any rights, unless my counsel is present. The Government should so instruct its agents.

Dated this day of _____April, 6_____, 20__21__.

I certify I have reviewed this document with Mr. Larsen and he consented to my signature electronically on his behalf.
Printed Attorney Name: J. Stephen Roberts Jr.
Attorney Signature: /s/ J. Stephen Roberts, Jr.
Date: April 6, 2021

Respectfully Submitted,

/s/ Leif P. Larsen
_____
Defendant

Defendant's Assertion of Fifth and Sixth Amendment Rights

1

21

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 06, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,               )
                                        )    MJ- 2:21-mj-190-JTR
                Plaintiff,              )
                                        )    WAIVER OF RULE 5 HEARINGS
v.                                      )
                                        )
Leif P. Larsen                   ,      )
                                        )
                                        )
                Defendant.              )

     The undersigned defendant does hereby acknowledge:  I appeared
on this date in the Eastern District of Washington, was advised of
the charge(s) pending against me in the prosecuting district, and
was informed of my rights to:

     (1) remain silent, knowing that if I make a statement, it can be
used against me; (2) retain counsel or have counsel appointed for
me; (3) an identity hearing to determine if I am the person sought
by the prosecuting district; and (4) plead guilty to the charge in
this district, if I and the United States Attorneys in this district
and in the requesting district agree.

     If this matter is proceeding by **COMPLAINT**:

     **I WAIVE (GIVE UP) MY RIGHT TO A(N)**

     ( ) identity hearing in this district
     ( ) preliminary examination in this district
     ( ) detention hearing in this district

     If this matter is proceeding by **INDICTMENT**:

     **I WAIVE (GIVE UP) MY RIGHT TO A(N)**

     (✓) identity hearing in this district
     (✓) detention hearing in this district

WAIVER OF RULE 5 HEARINGS - 1

1    If this matter is proceeding by **PETITION:**

2    **I WAIVE (GIVE UP) MY RIGHT TO A(N)**

3    (☐) identity hearing in this district

3    (☐) preliminary hearing in this district

4    (☐) detention hearing in this district

5    If this matter is proceeding by **WARRANT:**

6    **I WAIVE (GIVE UP) MY RIGHT TO A(N)**

7    (☐) identity hearing in this district
     (☐) detention hearing in this district

8

9    and, therefore, consent to the issuance of an order requiring my

10   appearance in the prosecuting district where the charge is pending

11   against me.

12       As to those hearings which are waived in this district, other

13   than the identity hearing, I **RESERVE** the right to have those

14   hearings in the prosecuting district.

15

16                          /s/ Lief Peter Larsen

17                                Defendant

18   4/6/2021                 /s/ J. Stephen Roberts, Jr.

19        Date                    Defense Counsel

20

21   Interpreted by (if applicable):

22   _____

23   (Sign and Print Name)

> I certify I have reviewed this document with Mr. Larsen
> and he consented to my signature electronically on his
> behalf. Printed Attorney Name: J. Stephen Roberts Jr.
> Attorney Signature: /s/ J. Stephen Roberts, Jr.
> Date: April 6, 2021

WAIVER OF RULE 5 HEARINGS - 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 06, 2021

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-MJ-00190-JTR-1 |
| Plaintiff, | ORDER FOLLOWING INITIAL APPEARANCE ON INDICTMENT AND ORDER OF REMOVAL PURSUANT TO FED R. CRIM. P. 5 |
| v. | |
| LEIF PETER LARSEN, | **MOTION GRANTED (ECF No. 3)** |
| Defendant. | **USM ACTION REQUIRED** |

At Defendant's April 6, 2021, initial appearance based on an Indictment, from the District of Montana, **ECF No. 1**, Defendant appeared via video while in custody at the Spokane County Jail. Assistant Federal Defender Stephen Roberts represented the Defendant and appeared by video from another location. Assistant U.S. Attorney James Goeke represented the United States and appeared by video from a separate location. United States Probation Officer Patrick Dennis was present telephonically. At the time of the hearing, Defendant consented to proceeding by video.

Defendant was advised of, and acknowledged, his rights. Individually and through counsel, Defendant waived the right to an identity hearing and his right to challenge the warrant pursuant to Fed. R. Crim. P. 5. Defendant's waiver is accepted as knowing and voluntary.

ORDER - 1

1    Defendant, personally and through counsel, waived the right to a detention

2 hearing.

3    Defendant shall be held in detention pending disposition of this case or until

4 further order of the court.  Defendant is committed to the custody of the U.S.

5 Marshal for confinement separate, to the extent practicable, from persons awaiting

6 or serving sentences or being held in custody pending appeal.  Defendant shall be

7 afforded reasonable opportunity for private consultation with counsel.

8    If a party desires this Court to reconsider its determination of detention

9 status or conditions of release because of material and newly discovered

10 circumstances pursuant to 18 U.S.C. § 3142(f), that party shall file a two-page

11 motion for reconsideration succinctly stating what circumstances are new, how

12 they are established, and the requested change in detention status or conditions of

13 release.  The motion shall indicate whether opposing counsel or Pretrial Services

14 object, whether a hearing is desired, and whether a supplemental pretrial report is

15 requested.  This Court will treat the motion as expedited and submitted without

16 argument and will set a hearing or issue other orders as may be appropriate.

17    The United States' Motion for Detention, **ECF No. 3**, is **GRANTED**.

18 Defendant is committed to the custody of the United States Marshal for detention

19 until further order of the court, and for removal as soon as reasonably possible to

20 the District of Montana.

21    **IT IS SO ORDERED.**

22    DATED April 6, 2021.

23

24     _____

25                   JOHN T. RODGERS

                    UNITED STATES MAGISTRATE JUDGE

26

27

28

ORDER - 2