IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

RECEIVED
2021 MAR 26  AM 10: 03
US MARSHALS SERVICE
MISSOULA, MT

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CR 21-14-M-DLC-02 |
| vs. | **WARRANT FOR ARREST** |
| LEIF PETER LARSEN, | |
| Defendant. | |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest LEIF PETER LARSEN and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the Indictment charging him with Conspiracy in violation of Title 18 United States Code, Section 371; Interstate Transportation of Stolen Property in violation of Title 18 United States Code, Sections 2314 and 2; Interstate Transportation of Stolen Vehicles in violation of Title 18 United States Code, Sections 2312 and 2; and Interstate Transportation of Stolen Firearms in violation of Title 18 United States Codes 922(i) and 2.

Assigned to: AUSA Jennifer Clark

*Nicole Stephens*
Nicole Stephens, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE KATHLEEN L. DESOTO
Missoula, Montana

Date of Issue: 25th day of March, 2021

| *R E T U R N* | |
|---|---|
| DATE RECEIVED: MARCH 26, 2021 | LOCATION: MISSOULA, MONTANA |
| EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT | |
| DATE OF ARREST: APRIL 5, 2021 | *Rod Ostermiller* **UNITED STATES MARSHAL** |
| LOCATION: SPOKANE, WASHINGTON | |
| BY: FBI-SPOKANE   FOR FBI: [signature]   Deputy U.S. Marshal | |