IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEIF PETER LARSEN,<br><br>Defendant. | CR 21–14–M–DLC<br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion to Allow Testimony Via Video. (Doc. 135.) The United States requests permission for six victims to testify at the sentencing hearing remotely. (*Id.*) The Defendant Leif Peter Larsen does not oppose this motion. (*Id.* at 2.)

Accordingly, IT IS ORDERED the motion (Doc. 135) is GRANTED. The listed witnesses may appear via Zoom at the sentencing hearing. The Clerk of Court shall notify counsel via e-mail of the meeting ID and password within 24 hours of the hearing. Zoom Guidance and Setup available at: https://www.mtd.uscourts.gov/zoom-hearings

DATED this 25th day of February, 2022.

_____
Dana L. Christensen, District Judge
United States District Court

1