IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEIF PETER LARSEN,<br><br>Defendant. | CR 21–14–M–DLC<br><br><br>ORDER |

    Before the Court is the United States' Unopposed Motion for Nunc Pro Tunc Order Amending Judgment. (Doc. 165.) The United States requests an amended judgment, altering a restitution payee. (*Id.*) Larsen does not object. (*Id.* at 1.)

    Accordingly, IT IS ORDERED the motion (Doc. 165) is GRANTED. An amended judgment reflecting this change will issue in due course.

    DATED this 10th day of August, 2022.

_____
Dana L. Christensen, District Judge
United States District Court

1